# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUANITA ERMEY

JUDGMENT IN A CIVIL CASE

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

CASE NUMBER: C08-5537JKA

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

     The Court REMANDS the Social Security Administration's final decision for further consideration with the additional direction that it be assigned a different Administrative Law Judge.

| March 3, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |