MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUANITA ERMEY, | ) |
| Plaintiff, | ) CIVIL NO. C08-5537JKA |
| vs. | ) AGREED ORDER RE: EAJA FEES AND EXPENSES |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,157.25, expenses in the sum of $16.47, and costs in the amount of $350 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. The check(s) shall be mailed to Plaintiff's attorney's office: <u>410-A South Capitol Way, Olympia, WA 98501</u>. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED: March 30, 2009.

*/s/ J. Kelley Arnold*
J. KELLEY ARNOLD
U.S. DISTRICT COURT MAGISTRATE JUDGE

AGREED ORDER RE: EAJA FEES - Page 1
AND EXPENSES
[C08-5537JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1 | Presented by:

2

3 | /s/ Jeanette Laffoon
JEANETTE LAFFOON, WSB #30872

4 | Attorney for Plaintiff

5 | Approved for entry,
Notice of presentation waived:

6

7 | /s/ Kathryn A. Miller
KATHRYN A. MILLER

8 | Special Assistant U.S. Attorney
Attorney for Defendant

9 | *(signed per telephonic agreement)*

AGREED ORDER RE: EAJA FEES - Page 2
AND EXPENSES
[C08-5537JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276